# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-1175

_____

| | | |
|---|---|---|
| Nicholas Szabo, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Washington University Plan | * | |
| Administrator; Judy Mahoney, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: June 24, 1998

Filed: June 29, 1998

_____

Before BOWMAN, Chief Judge, WOLLMAN, and MORRIS SHEPPARD ARNOLD,
Circuit Judges.

_____

PER CURIAM.

Nicholas Szabo appeals from the district court's[1] grant of summary judgment to
defendants in his action alleging violations of the Employee Retirement Income
Security Act (ERISA), 29 U.S.C. §§ 1001-1461, and violations of state law.  Having

_____

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern
District of Missouri.

carefully reviewed the record and the parties' briefs, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.